UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIGHT LLC,<br><br>                Plaintiff,<br><br>v.<br><br>BEST WESTERN INTERNATIONAL, INC.,<br><br>                Defendant. | Case No.  2:16-cv-02500-JAR-GEB |

**DEFENDANT BEST WESTERN INTERNATIONAL, INC.'S
MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE,
TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA**

Pursuant to 28 U.S.C. § 1404(a), the doctrine of *forum non conveniens*, and Federal Rule of Civil Procedure 12(b)(3), Defendant Best Western International, Inc. moves to dismiss Plaintiff Bright LLC's Complaint. Bright filed its Complaint in the United States District Court for the District of Kansas in violation of a binding, mandatory forum-selection clause requiring disputes among the parties to be brought exclusively in Arizona. For the same reasons, Best Western alternatively moves to transfer this action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a).

This Motion is supported by the concurrently-filed Memorandum in Support, and its attached Exhibits 1-3.

RESPECTFULLY SUBMITTED this 8th day of August, 2016.

**BERKOWITZ OLIVER LLP**

By: /s/  Sharon A. Stallbaumer
Sharon A. Stallbaumer, KS Bar No. 47406
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone:   (816) 561-7007
Facsimile:    (816) 561-1888
Email:  sstallbaumer@berkowitzoliver.com

and

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Randy Papetti, AZ Bar No. 014586
(*pro hac vice forthcoming*)
Kathleen Kahn, AZ Bar No. 027350
(*pro hac vice forthcoming*)
201 East Washington Street, Suite 1200
Phoenix, Arizona  85004-2495
Telephone:    (602) 262-5311
Facsimile:     (602) 262-5747
Email:          rpapetti@lrrc.com
                    kkahn@lrrc.com

*Attorneys for Defendant*
*Best Western International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all persons registered as of that date.

/s/ Sharon A. Stallbaumer
*Attorney for Defendant*
*Best Western International, Inc.*