**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bright LLC, | No. CV-17-00463-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Best Western International Incorporated, | |
| Defendant. | |

In light of the Court's recent orders regarding Bright's Motion to Amend (Doc. 190) and discovery disputes (Doc. 191), the parties are ordered to re-brief the summary judgment motion (Doc. 127) in accordance with the Court's rulings.

Accordingly,

**IT IS ORDERED** Best Western shall submit a motion for summary judgment no later than February 22, 2019. The parties shall file response and reply as required by local rule.

**IT IS FURTHER ORDERED** Best Western's Motion for Summary Judgment (Doc. 127) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** Best Western's Motion for Leave to File Excess Pages (Doc. 144) is **DENIED AS MOOT**.

Dated this 30th day of January, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge